# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

Bryce Suchan, Matthew Reece, Joseph D. Thornblad, Joseph J. Pederson, Peter Nelsen, Michael Gabrio and Shaw Curry-Rakesh,

        Plaintiffs,

v.

Lucinda Jesson,
*Commissioner of the Minnesota Department of Human Services*, and
Lori Swanson,
*Minnesota Attorney General's Office*,

        Defendants.

File No. 13-cv-3121 (DSD/TNL)

**ORDER**

---

Based upon the Report and Recommendation by United States Magistrate Judge Tony N. Leung dated December 16, 2013 (Docket No.4), along with all the files and records, and no objections to said Recommendation having been filed, **IT IS HEREBY ORDERED** that:

1. Plaintiff Bryce Suchan's application for leave to proceed in forma pauperis (Docket No. 3) is **DENIED**; and

2. This action is **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: January 21, 2014

        s/David S. Doty
        David S. Doty, Judge
        United States District Court